UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN DOBSHINSKY, | No. C 06-4193 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Sheriff-Coroner JIM PICCININI; et al., | |
| Defendants. | |

This action is dismissed without leave to amend because the statute of limitations defense is complete and obvious from the face of the pleadings.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 19, 2007

_____
Marilyn Hall Patel
United States District Judge