**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN DOBSHINSKY, | No. C 06-4193 MHP (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| Sheriff-Coroner JIM PICCININI; et al., | |
| Defendants. | |

Plaintiff's motion for reconsideration and clarification is DENIED. (Docket # 18.) The court did not err in the Order of Dismissal when it determined that the action was time-barred and the statute of limitations defense was complete and obvious from the face of the pleadings.

IT IS SO ORDERED.

Dated: November 15, 2007

_____
Marilyn Hall Patel
United States District Judge